B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT  District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):  **OTC Holdings Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle):  **N/A** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):  **N/A** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **14-1970174** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):  **5455 South 90th Street**  **Omaha, NE**                                            ZIP CODE 68127 | Street Address of Joint Debtor (No. and Street, City, and State):                                             ZIP CODE |
| County of Residence or of the Principal Place of Business:  **Douglas County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                                            ZIP CODE | Mailing Address of Joint Debtor (if different from street address):                                             ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                                            ZIP CODE | |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*  ☑ Corporation (includes LLC and LLP)  ☐ Partnership  ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) _____ | ☐ Health Care Business  ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)  ☐ Railroad  ☐ Stockbroker  ☐ Commodity Broker  ☐ Clearing Bank  ☑ Other  **Retail** | ☐ Chapter 7          ☐ Chapter 15 Petition for  ☐ Chapter 9          Recognition of a Foreign  ☑ Chapter 11        Main Proceeding  ☐ Chapter 12        ☐ Chapter 15 Petition for  ☐ Chapter 13        Recognition of a Foreign  Nonmain Proceeding |
|  | **Tax-Exempt Entity** (Check box, if applicable.)  ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts** (Check one box.)  ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."  ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.  ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.  ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**  ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).  **Check if:**  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  **Check all applicable boxes:**  ☐ A plan is being filed with this petition.  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.  ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000- 5,000 | 5,001- 10,000 | 10,001- 25,000 | 25,001- 50,000 | 50,001- 100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **OTC Holdings Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: **See attached Schedule 1** | Case Number: **Pending** | Date Filed: **08/25/2010** |
| District: **District of Delaware** | Relationship: **Affiliates** | Judge: **Pending** |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)    (Date)</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

    ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

    ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

    ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | **Name of Debtor(s):** |
|---|---|
| *(This page must be completed and filed in every case.)* | OTC Holdings Corporation |

| Signatures |
|---|

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____<br>Signature of Debtor | X _____<br>(Signature of Foreign Representative) |
| X _____<br>Signature of Joint Debtor | _____<br>(Printed Name of Foreign Representative) |
| _____<br>Telephone Number (if not represented by attorney)<br>_____<br>Date | _____<br>Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X _Joel A. Waite_<br>Signature of Attorney for Debtor(s)<br>Joel A. Waite<br>Printed Name of Attorney for Debtor(s)<br>Young Conaway Stargatt & Taylor, LLP<br>Firm Name<br>The Brandywine Building, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, DE 19899<br>Address<br>302-571-6600<br>Telephone Number<br>6/25/10<br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)** | _____<br>Address |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _Steven G. Mendlik_<br>Signature of Authorized Individual<br>Steven G. Mendlik<br>Printed Name of Authorized Individual<br>Chief Financial Officer<br>Title of Authorized Individual<br>6/25/10<br>Date | X _____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## Schedule 1 to Chapter 11 Petition of OTC Holdings Corporation

On the date hereof, each of the affiliated entities listed below (including the Debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). A motion has been filed or will be filed shortly with the Court requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered.

| |
|---|
| Oriental Trading Company, Inc. |
| OTC Holdings Corporation |
| OTC Investors Corporation |
| Fun Express, Inc. |
| Oriental Trading Marketing, Inc. |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------------  x
                                                                  :
In re:                                                            :  Chapter 11
                                                                  :
OTC HOLDINGS CORPORATION,                                         :  Case No. 10-_____ (___)
et al.,¹                                                          :
          Debtors.                                               :  Joint Administration Pending
                                                                  :
----------------------------------------------------------------  x
```

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of each Debtor's equity security holders, which is prepared in accordance with rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure for filing in these chapter 11 cases.

### OTC Holdings Corporation

| Name and last known address or place of business of holder | Number and Kind of Interests Held | |
|---|---|---|
| Carlyle Partners IV, L.P.<br>520 Madison Ave.<br>New York, NY 10022<br>Attn: Jay Sammons | 247,663 shares of preferred stock | 10 shares of common stock |
| CP IV Coinvestment, L.P.<br>520 Madison Ave<br>New York, NY 10022<br>Attn: Jay Sammons | 10,002 shares of preferred stock | 0 shares of common stock |

---

¹     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: OTC Holdings Corporation, a Delaware corporation (0174); Oriental Trading Company, Inc., a Delaware corporation (5603); OTC Investors Corporation, a Delaware corporation (0180); Fun Express, Inc., a Nebraska corporation (7942); and Oriental Trading Marketing, Inc., a Nebraska corporation (0923). The location of the Debtors' corporate headquarters and the service address for all the Debtors is 5455 South 90th Street, Omaha, Nebraska 68127.

| | | |
|---|---|---|
| Brentwood Associates Private Equity IV, L.P.<br>11150 Santa Monica Boulevard<br>Suite 1200<br>Los Angeles, CA 90025<br>Attn: Anthony Choe | 50,000 shares of preferred stock | 0 shares of common stock |
| Brentwood Associates Co-Investors IV OTC, LLC<br>11150 Santa Monica Boulevard<br>Suite 1200<br>Los Angeles, CA 90025<br>Attn: Anthony Choe | 40,000 shares of preferred stock | 0 shares of common stock |
| Stephen R. Frary<br>104 South 90th Street<br>Omaha, NE 68114 | 10,000 shares of preferred stock | 0 shares of common stock |
| Rakesh Kaul<br>1 Bridge Plaza<br>Suite 275<br>Fort Lee, NJ 07024 | 0 shares of preferred stock | 4,000 shares of common stock |
| Mark Fasold<br>65 Starboard Reach<br>Yarmouth, ME 04096 | 0 shares of preferred stock | 4,000 shares of common stock |
| Steven G. Mendlik<br>3619 South 170th Court<br>Omaha, NE 68130-2264 | 2,000 shares of preferred stock | 64, 273 shares of common stock |
| Robert D. Goldsmith Trust 2006<br>c/o Robert Goldsmith<br>17531 Howard Street<br>Omaha, NE 68118 | 2,000 shares of preferred stock | 12,855 shares of common stock |
| Steven Fortson<br>17754 Bay Wood Dr.<br>Omaha, NE 68130 | 750 shares of preferred stock | 6,427 shares of common stock |
| Robert R. Siffring<br>5502 Farnam Street<br>Omaha, NE 68132 | 400 shares of preferred stock | 6,427 shares of common stock |
| James Gould<br>2140 South 109th Street<br>Omaha, NE 68144 | 200 shares of preferred stock | 2,142 shares of common stock |
| Paul Knutson<br>1722 South 84th Street<br>Omaha, NE 68124 | 200 shares of preferred stock | 1,714 shares of common stock |
| Robert Hafner<br>13111 Lafayette Avenue | 80 shares of preferred stock | 5,142 shares of common stock |

| Omaha, NE 68154 | | |
|---|---|---|
| AG Edwards<br>One N. Jefferson<br>St. Louis, MO 68103 | 170 shares of preferred stock | 0 shares of common stock |
| Brian Moen<br>18114 Leavenworth Street<br>Elkhorn, NE 68022 | 150 shares of preferred stock | 10,712 shares of common stock |
| Donna Wood<br>4508 Anderson Street<br>Shawnee, KS 66226 | 150 shares of preferred stock | 0 shares of common stock |
| David Pavelka<br>4816 South 174th Avenue<br>Omaha, NE 68135 | 100 shares of preferred stock | 857 shares of common stock |
| Neal Patrick<br>12446 Read Street<br>Omaha, NE 68142 | 0 shares of preferred stock | 10,712 shares of common stock |
| Kate Brown<br>4669 Pacific Street<br>Omaha, NE 68106 | 0 shares of preferred stock | 1,286 shares of common stock |
| Leisa Hillman<br>16520 Adams Cir.<br>Omaha, NE 68135 | 0 shares of preferred stock | 4,285 shares of common stock |
| Steven Isenberg<br>903 Wicklow Road<br>Papillion, NE 68046 | 0 shares of preferred stock | 4,285 shares of common stock |
| Eric Kyser<br>5205 Izard Street<br>Omaha, NE 68132 | 0 shares of preferred stock | 4,285 shares of common stock |
| Deon Wagner<br>1108 Brock Lane<br>Plattsmouth, NE 68048 | 0 shares of preferred stock | 4,285 shares of common stock |
| Ken Wine<br>395 Woodland Cir<br>Madison, WI 53704 | 0 shares of preferred stock | 857 shares of common stock |
| Jerry Venner<br>6008 S. 166th Ave<br>Omaha, NE 68135 | 0 shares of preferred stock | 2,142 shares of common stock |
| Bin Gao<br>12609 Meredith Ave<br>Omaha, NE 68164 | 0 shares of preferred stock | 2,000 shares of common stock |
| Matt Novak<br>709 Polk Street<br>Papillion, NE 68046 | 0 shares of preferred stock | 2,000 shares of common stock |

**OTC Investors Corporation**

| Name and last known address or place of business of holder | Number and Kind of Interests Held |
|---|---|
| OTC Holdings Corporation<br>5455 South 90th Street<br>Omaha, NE 68127 | 10 shares of common stock |

**Oriental Trading Company, Inc.**

| Name and last known address or place of business of holder | Number and Kind of Interests Held |
|---|---|
| OTC Investors Corporation<br>5455 South 90th Street<br>Omaha, NE 68127 | 1,000 shares of common stock |

**Fun Express, Inc.**

| Name and last known address or place of business of holder | Number and Kind of Interests Held |
|---|---|
| Oriental Trading Company, Inc.<br>5455 South 90th Street<br>Omaha, NE 68127 | 100 shares of common stock |

**Oriental Trading Marketing, Inc.**

| Name and last known address or place of business of holder | Number and Kind of Interests Held |
|---|---|
| Oriental Trading Company, Inc.<br>5455 South 90th Street<br>Omaha, NE 68127 | 1,000 shares of common stock |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------- x
                                                         :
In re:                                                   :    Chapter 11
                                                         :
OTC HOLDINGS CORPORATION,                                :    Case No. 10-_____ (___)
et al.,[1]                                               :
            Debtors.                                     :    Joint Administration Pending
                                                         :
-------------------------------------------------------- x
```

## CERTIFICATION CONCERNING LIST OF EQUITY SECURITY HOLDERS

I, undersigned authorized officer of Oriental Trading Marketing, Inc.

("Marketing"), a debtor and debtor in possession in the above-captioned cases, declare under

penalty of perjury that I have reviewed the forgoing List of Equity Security Holders as it relates

to Marketing and that it is true and correct to the best of my information and belief.

Date: August 25, 2010

Robert R. Siffring
Secretary

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  OTC Holdings Corporation, a Delaware corporation (0174); Oriental Trading Company, Inc., a Delaware corporation (5603); OTC Investors Corporation, a Delaware corporation (0180); Fun Express, Inc., a Nebraska corporation (7942); and Oriental Trading Marketing, Inc., a Nebraska corporation (0923).  The location of the Debtors' corporate headquarters and the service address for all the Debtors is 5455 South 90th Street, Omaha, Nebraska 68127.

I, undersigned authorized officer of each debtor and debtor in possession in the above-captioned cases (other than Marketing), declare under penalty of perjury that I have reviewed the forgoing List of Equity Security Holders (except as it relates to Marketing) and that it is true and correct to the best of my information and belief.

Date: August 25, 2010

Steven G. Mendlik
Chief Financial Officer

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------------  x
                                                                   :
In re:                                                             :   Chapter 11
                                                                   :
OTC HOLDINGS CORPORATION,                                          :   Case No. 10-_____ (___)
et al.,¹                                                           :
                    Debtors.                                       :   Joint Administration Pending
                                                                   :
----------------------------------------------------------------  x
```

## CORPORATE OWNERSHIP STATEMENT

In accordance with rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy

Procedure, debtor OTC Holdings Corporation (the "Company") respectfully represents that the

following entities directly or indirectly own 10% or more of a class of the Company's equity

interests.

| Holder | Type and Percentage of Ownership |
|---|---|
| Carlyle Partners IV, L.P. | 68.06% of preferred stock of the Company |
| Brentwood Associates Private Equity IV, L.P. | 13.74% of preferred stock of the Company |
| Brentwood Associates Co-Investors IV OTC, LLC | 10.99% of preferred stock of the Company |

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  OTC Holdings Corporation, a Delaware corporation (0174); Oriental Trading Company, Inc., a Delaware corporation (5603); OTC Investors Corporation, a Delaware corporation (0180); Fun Express, Inc., a Nebraska corporation (7942); and Oriental Trading Marketing, Inc., a Nebraska corporation (0923).  The location of the Debtors' corporate headquarters and the service address for all the Debtors is 5455 South 90th Street, Omaha, NE 68127.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------  x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
OTC HOLDINGS CORPORATION,                                :   Case No. 10-_____ (___)
et al.,[1]                                               :
              Debtors.                                   :   Joint Administration Pending
                                                         :
-------------------------------------------------------  x
```

## CERTIFICATION CONCERNING CORPORATE OWNERSHIP STATEMENT

I, undersigned authorized officer of OTC Holdings Corporation, declare under penalty of perjury that I have reviewed the forgoing Corporate Ownership Statement and that it is true and correct to the best of my information and belief.

Date: August 25, 2010

_____

Steven G. Mendlik
Chief Financial Officer

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: OTC Holdings Corporation, a Delaware corporation (0174); Oriental Trading Company, Inc., a Delaware corporation (5603); OTC Investors Corporation, a Delaware corporation (0180); Fun Express, Inc., a Nebraska corporation (7942); and Oriental Trading Marketing, Inc., a Nebraska corporation (0923). The location of the Debtors' corporate headquarters and the service address for all the Debtors is 5455 South 90th Street, Omaha, NE 68127.

# CERTIFICATE OF RESOLUTIONS OF THE BOARD OF DIRECTORS OF OTC HOLDINGS CORPORATION

I, Robert R. Siffring, a duly authorized officer of OTC Holdings Corporation, a Delaware corporation (the "Corporation"), hereby certify that: (a) I am the duly elected, qualified and acting Secretary of the Corporation; (b) the following resolutions were duly adopted by the Board of Directors of the Corporation at a special meeting of the Board of Directors of the Corporation held on August 25, 2010 in accordance with the applicable requirements of the Delaware General Corporation Law; and (c) said resolutions have not been amended, modified or rescinded and are in full force and effect as of the date hereof:

RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, stockholders, employees and other interested parties that a petition be filed by the Corporation seeking relief under the provisions of chapter 11 of title 11 of the United States Code ("Chapter 11"); and it is further

RESOLVED, that each of the Chief Executive Officer, the Chief Financial Officer, the Treasurer, the President, any Vice President and any other person designated and so authorized to act (each, an "Authorized Officer") on behalf of the Corporation, be and each hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to (a) execute and verify the voluntary petition for relief (the "Petition") as well as all other ancillary documents under Chapter 11 and cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") at such time as such Authorized Person executing the same shall determine and (b) make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as any such Authorized Officer, in such officer's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions, such approval to be conclusively established by the execution thereof by such Authorized Officer; and it is further

RESOLVED, that each Authorized Officer be, and hereby is, authorized, empowered and directed to execute and file the Petition, all schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors and other professionals and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper or desirable in connection with the Corporation's Chapter 11 case, with a view to the successful prosecution of such case; and it is further

RESOLVED, that Debevoise & Plimpton LLP be, and hereby is, employed as attorneys for the Corporation under a general retainer in the Corporation's Chapter 11 case, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED, that Young Conaway Stargatt & Taylor, LLP be, and hereby is, employed as local counsel for the Corporation under a general retainer in the Corporation's Chapter 11 case, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED, that Jefferies & Company, Inc. be, and hereby is, employed to provide financial advisory and investment banking services for the Corporation, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED, that Protiviti, Inc. be, and hereby is, employed to provide restructuring consultancy services for the Corporation, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED, that Kurtzman Carson Consultants LLC be, and hereby is, employed as claims, noticing, balloting and solicitation agent for the Corporation, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED, that in connection with the commencement of the Chapter 11 case, each Authorized Officer be, and hereby is, authorized, empowered and directed to negotiate, execute and deliver a debtor-in-possession loan facility (including, in connection therewith, such notes, security agreements and other agreements or instruments as such Authorized Officer considers appropriate) on the terms and conditions such Authorized Officer executing the same may consider necessary, proper or desirable, and to take such additional action and to execute and deliver each other agreement, instrument or document to be executed and delivered by or on behalf of the Corporation pursuant thereto or in connection therewith, all with such changes therein and additions thereto as such Authorized Officer approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof; and it is further

RESOLVED, that the form, terms and provisions of the $40,000,000 Credit and Guarantee Agreement, among the Corporation, OTC Investors Corporation, Oriental Trading Company, Inc., the other guarantors named therein, including, without limitation, the Corporation, the Lenders parties thereto (the "DIP Lenders"), and JPMorgan Chase Bank, N.A., as administrative agent for the Lenders (the "DIP Agent") (in substantially the form of the draft thereof dated August 19, 2010) (the "DIP Agreement"), providing, among other things, for the Corporation to guarantee the Obligations (as defined therein, the "Obligations") (including, without limitation, borrowings up to $40,000,000 under the senior secured super-priority priming credit facilities (including, without limitation, term

loans in an aggregate principal amount of up to $33,500,000 and revolving loans in an aggregate principal amount of up to $6,500,000) provided thereby), be, and they hereby are, approved; and that any of the Authorized Officers, be, and each of them hereby is, authorized and empowered to execute and deliver the DIP Agreement, in the name and on behalf of the Corporation, attested by any Authorized Person, any Vice President, the Secretary or any Assistant Secretary, if requested or required, and under the Corporation's seal, if requested or required, in substantially such form with such changes therein and additions thereto as such Authorized Officer approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof; and it is further

RESOLVED, that any of the Authorized Officers be, and each of them hereby is, authorized and empowered to cause the Corporation to guarantee the Obligations; and it is further

RESOLVED, that the Corporation be, and it hereby is, authorized and empowered to grant security interests in, and to pledge, mortgage or grant deeds of trust with respect to, its right, title and interest in and to its properties (both real and personal) and assets (including, but not limited to, the Corporation's accounts, chattel paper, contracts, documents of title, fixtures, equipment, negotiable instruments, securities, inventory and other personal property (including general intangibles); its trademarks, trade names, patents, copyrights and licenses therefor and any other intellectual property; the capital stock of its subsidiaries; its real property; and the proceeds of any of the foregoing) as contemplated by the DIP Agreement and the other Loan Documents (as defined in the DIP Agreement, the "Loan Documents") and any of the other agreements entered into pursuant thereto or in connection therewith, or as any of the Authorized Officers of the Corporation may deem necessary or advisable to carry out the terms, intents and purposes of the DIP Agreement, and the other Loan Documents and any of the other agreements entered into pursuant thereto or in connection therewith; and it is further

RESOLVED, that any of the Authorized Officers of the Corporation be, and each of them hereby is, authorized and directed, in the name of and on behalf of the Corporation, to take all actions as they or any of them may deem necessary or appropriate to cause the Corporation to comply with the terms of the DIP Agreement and the Loan Documents, and to honor and discharge its obligations thereunder; and it is further

RESOLVED, that any of the Authorized Officers of the Corporation be, and each of them hereby is, authorized and empowered to execute and deliver any and all other documents (including, without limitation, Uniform Commercial Code financing statements, United States Patent and Trademark Office filings, United States Copyright Office filings, stock powers, note endorsements and borrowing notices and certificates), in the name and on behalf of the Corporation, attested by any Authorized Person, any Vice President, the Secretary or any Assistant Secretary, if requested or required, and

under the Corporation's seal, if requested or required, as may be required pursuant to the DIP Agreement and the other Loan Documents and any other documents requested or required by the DIP Agent or DIP Lenders or any other secured parties in order to effect the financing and related security arrangements contemplated by the DIP Agreement and the other Loan Documents; and it is further

RESOLVED, that the form, terms and provisions of the Plan Support Agreement, among the Corporation, OTC Investors Corporation, Oriental Trading Company, Inc., Fun Express, Inc., Oriental Trading Marketing, Inc. and each creditor party thereto, in substantially the form of the draft thereof dated August 19, 2010 (the "Plan Support Agreement"), providing, among other things, for the Corporation to implement a restructuring pursuant to a plan of reorganization consistent in all material respects with the Plan Support Agreement and the plan term sheet attached thereto, be, and they hereby are, approved; and that any of the Authorized Officers, be, and each of them hereby is, authorized and empowered to execute and deliver the Plan Support Agreement, in the name and on behalf of the Corporation, attested by any Authorized Person, any Vice President, the Secretary or any Assistant Secretary, if requested or required, and under the Corporation's seal, if requested or required, in substantially such form with such changes therein and additions thereto as such Authorized Officer approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof; and it is further

RESOLVED, that any of the Authorized Officers of the Corporation be, and each of them hereby is, authorized and directed, in the name of and on behalf of the Corporation, to take all actions as they or any of them may deem necessary or appropriate to cause the Corporation to comply with the terms of the Plan Support Agreement, and to honor and discharge its obligations thereunder; and it is further

RESOLVED, that each Authorized Officer be, and each hereby is, authorized and empowered, in the name and on behalf of the Corporation, to cause the Corporation to enter into, execute, deliver, certify, file, and/or record and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper or desirable to effectuate a successful reorganization of the Corporation's business; and it is further

RESOLVED, that any of the Authorized Officers be, and each of them hereby is, authorized and empowered, in the name of and on behalf of the Corporation, to execute and deliver any and all other agreements, certificates, instruments and documents (including, without limitation, stockholders' consents, stock certificates, stock powers, agreements relating to wire transfers of funds, amendments to any agreement or document described in the foregoing resolutions and written consents of the Corporation

as the sole member or stockholder of any company) in such form and with such terms and provisions as any such Authorized Officer may approve, and under the Corporation's seal, if requested or required, attested by any Authorized Person, any Vice President, the Secretary or any Assistant Secretary of the Corporation, if requested or required, such Authorized Officer's execution thereof to be conclusive evidence of such approval and of such Officer's authority to do so, and to take such other actions as any such Authorized Officer may deem necessary, desirable, advisable or appropriate to consummate, effectuate, carry out or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions; and it is further

RESOLVED FURTHER, that the omission from these resolutions of any agreement or other arrangement contemplated by any of the agreements or instruments described in the foregoing resolutions or any action to be taken in accordance with any requirement of any of the agreements or instruments described in the foregoing resolutions shall in no manner derogate from the authority of the Authorized Officers of the Corporation to take all actions necessary, desirable, advisable or appropriate to consummate, effectuate, carry out or further the transactions contemplated by and the intent and purposes of the foregoing resolutions; and it is further

RESOLVED, that any and all past actions heretofore taken by any Authorized Officer or the directors of the Corporation in the name and on behalf of the Corporation in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved.

[Remainder of page intentionally left blank]

YCST01:10086088.1                                                                                                    069486.1001

IN WITNESS WHEREOF, the undersigned has caused this certificate to be executed as of this _25_ day of August, 2010.

_____
Robert R. Siffring
Secretary

Oriental Trading Company, Inc.
Top 30 Unsecured Creditors

| Count | Name of creditor and complete mailing address including zip code | Name, telephone and fax number | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|---|
| 1 | SECOND LIEN HOLDERS C/O WILMINGTON TRUST FSB, 1100 NORTH MARKET STREET WILMINGTON, DE 19890 | JAMES HANLEY p: (302) 636-6453 f: (302) 636-4145 | BANK LOAN | | $ 185,837,870 |
| 2 | MEZZANINE DEBT HOLDERS C/O WILMINGTON TRUST FSB, 1100 NORTH MARKET STREET WILMINGTON, DE 19890 | JAMES HANLEY p: (302) 636-6453 f: (302) 636-4145 | BANK LOAN | | 85,706,030 [1] |
| 3 | BSM ENTERPRISE LTD MINYAN COMMERICAL BUILDING NO. 160-162 JIN YUAN EAST LANE JIANGDONG NINGBO CITY 315040 CHINA | ANDREA CHIU p: 0574-87050600 f: 0574-87050766 | TRADE DEBT | x | 4,256,606 |
| 4 | WORLD COLOR LOGISTICS N63 W23075 STATE HIGHWAY 74 SUSSEX, WI 53089-2827 | ENZO SCATTONE p: 514-877-5334 f: 514-877-4124 | TRADE DEBT | | 2,767,250 |
| 5 | YEKO TRADERS/CHINA 2/F, YEE KUK INDUSTRIAL CENTRE, 555 YEE KUK STREET CHEUNG SHA WAN KOWLOON, HONG KONG | FRACIS p: (825) 2361-1368 f: 852-2725-3770 | TRADE DEBT | x | 2,001,367 |
| 6 | GOOGLE 1600 AMPITHEATRE PKWY MOUNTAIN VIEW, CA 94043 | PAUL ASOYAN p: 650-241-6132 f: 650-469-0291 | TRADE DEBT | x | 1,720,443 |
| 7 | INTERTEK TESTING SERVICES HONG KONG 2/F., GARMENT CENTRE, 576 CASTLE PEAK ROAD KOWLOON, HONG KONG | CAROL CHEUNG p: (825) 2173-8888 f: (852) 2785-1903 | TRADE DEBT | x | 1,230,679 |
| 8 | UPS 2535 EDWARD BABE GOMEZ AVE OMAHA, NE 68107 | TERRY SLATTERY p: 402-738-6362 | TRADE DEBT | x | 706,253 |
| 9 | EPSILON DATA MANAGEMENT LLC C/O ICOM INFORMATION & COMMUNICATIONS, 41 METROPOLITAN ROAD TORONTO ON CANADA M1R 2T5 | CARLA MORRIS p: (416) 297-7897 f: (972) 582-9700 | TRADE DEBT | x | 570,000 |
| 10 | FORSYTHE SOLUTIONS GROUP, INC. 7770 FRONTAGE ROAD SKOKIE, IL 60077 | KELLY S. EBY p: (847) 213-7000 f: (847) 213-7770 | TRADE DEBT | | 504,089 |
| 11 | FEDERAL EXPRESS CORP. 105 NW 44TH STREET KANSAS CITY, MO 64116 | RICK WELLIVER p: 816-413-9885 f: 816-413-9885 | TRADE DEBT | x | 445,035 |
| 12 | LUCKY WORLDWIDE 10/F, 95, SEC. 2 NAN KANG RD TAIPEI, TAIWAN ROC | SUSIE LIN/RICHARD p: (02)27837979 f: (02)27830299 | TRADE DEBT | x | 362,250 |

Oriental Trading Company, Inc.
Top 30 Unsecured Creditors

| Count | Name of creditor and complete mailing address including zip code | Name, telephone and fax number | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|---|
| 13 | OMNIGLOW CORPORATION<br>91 PINEVALE STREET<br>INDIAN ORCHARD, MA 01151 | MICHAEL AHRENDT<br>p: (413) 241-6010<br>f: (413) 543-5470 | TRADE DEBT | x | 355,878 |
| 14 | AMERICAN PRESIDENT LINES, LTD<br>116 INVERNESS DRIVE EAST, SUITE 400<br>ENGLEWOOD, CO 80112 UNITED STATES | JOHN ALLEN<br>p: (800) 999-7733: | TRADE DEBT | x | 354,957 |
| 15 | NEW SUCCESS<br>5/F, INTER-CONTINENTAL PLAZA, 94 GRANVILLE ROAD TSIM SHA TSUI EAST<br>KOWLOON, HONG KONG | WALTER YEH<br>p: (852) 2369-6622<br>f: (852) 2369-6187 | TRADE DEBT | x | 350,968 |
| 16 | GLEACHER & COMPANY SECURITIES INC<br>1290 AVENUE OF THE AMERICAS, 4TH FLOOR<br>NEW YORK, NY 10104 | TIMOTHY O'CONNOR<br>p: (212) 273-7100<br>f: (212) 273-7320 | PROFESSIONAL FEE | | 345,000 |
| 17 | DIVERSIFIED SOLUTIONS<br>17117 OAK DRIVE, SUITE B<br>OMAHA, NE 68130 | MICK RUNCO<br>p: (402) 758-6870<br>f: (402) 758-6643 | TRADE DEBT | x | 295,524 |
| 18 | HERSHEY'S CHOCOLATE USA<br>100 CRYSTAL A DRIVE<br>HERSHEY, PA 17033 | CLAUDE BOCKHOLD<br>p: (800) 468-1714<br>f: 717-534-5078 | TRADE DEBT | x | 256,029 |
| 19 | CRAYOLA LLC<br>1100 CHURCH LANE<br>EASTON, PA 18044-0431 | CATHY DOBRINSKY<br>p: (610) 253-6271<br>f: (610) 250-5768 | TRADE DEBT | x | 234,155 |
| 20 | EXPERIAN MARKETING SOLUTIONS<br>21221 NETWORK PLACE<br>CHICAGO, IL 60673-1212 | TRACEY PEACK<br>p: (224) 698-6500<br>f: (224) 698-5888 | TRADE DEBT | x | 233,093 |
| 21 | YAHOO! SEARCH MARKETING<br>3333 EMPIRE AVENUE<br>BURBANK, CA 91504 | MEGAN ENGLAND<br>p: (818) 524-3000<br>f: (818) 524-3001 | TRADE DEBT | x | 193,882 |
| 22 | ALISIOS INTERNATIONAL CORP<br>8TH FL, NO 27 CHUNG SHAN N RD, SEC 3<br>TAIPEI TAIWAN ROC 104 | REBECCA NELSON<br>p: 886-2-2597-1030<br>f: 886-2-2598-1467 | TRADE DEBT | x | 192,975 |
| 23 | MICROSOFT CORP<br>877 EXECUTIVE CENTER DRIVE<br>ST. PETERSBURG, FL 33702 | LISA THOMAN<br>p: 469-775-6327<br>f: 425-708-7083 | TRADE DEBT | x | 187,841 |
| 24 | HAY NIEN COMPANY, LIMITED<br>12/F, HAY NIEN BLDG. NO 1, TAI YIP ST. KWUN TONG<br>KOWLOON, HONG KONG | ANNIE TAO<br>p: 852-27560241<br>f: (852) 795-3551 | TRADE DEBT | x | 176,336 |

Oriental Trading Company, Inc.
Top 30 Unsecured Creditors

| Count | Name of creditor and complete mailing address including zip code | Name, telephone and fax number | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|---|
| 25 | CREATIVE CONVERTING 255 SPRING STREET CLINTONVILLE, WI 54929 | RACHAEL BARROWS p: (715) 823-3104 f: (715) 823-5232 | TRADE DEBT | x | 165,400 |
| 26 | JIESEN TRADE CO., LTD 10F/4TH BUILDING, NO.1035 GUANGXIAN ROAD, SCIENCE AND TECHNOLOGY PLAZA NINGBO, CHINA | TOMMY p: 0574-87915807 f: 0574-87918880 | TRADE DEBT | x | 162,929 |
| 27 | NESTLE USA, INC. 800 NORTH BRAND BOULEVARD GLENDALE, CA 91203 | SUSAN DEAVER p: (800) 225-2270 f: (480) 373-6746 | TRADE DEBT | | 139,338 |
| 28 | CONCORD DIVISION OF TRI SALES 7401 S. CICERO CHICAGO, IL 60629 | DEBBIE TORRES p: (773) 838.3400 f: (773) 838.3564 | TRADE DEBT | x | 124,054 |
| 29 | HOSPITALITY MINTS 213 CANDY LANE BOONE, NC 26807-6713 | ANN TESTER p: (828) 264-3045 f: (828) 264-6933 | TRADE DEBT | x | 114,368 |
| 30 | TOOTSIE ROLL INDUSTRIES 7401 SOUTH CICERO AVENUE CHICAGO, IL 60629 | DEBBIE TORRES p: (773) 838-3400 f: (773) 838-3564 | TRADE DEBT | x | 108,086 |

[1] Amount listed for Mezzanine debt holders excludes the portion of debt known to be held by insiders.

```
------------------------------------------------  x
                                                  :
In re:                                            :   Chapter 11
                                                  :
OTC HOLDINGS CORPORATION,                         :   Case No. 10-_____ (___)
et al.,[1]                                        :
                 Debtors.                         :   Joint Administration Pending
                                                  :
------------------------------------------------  x
```

## CERTIFICATION CONCERNING LIST OF TOP 30 UNSECURED CREDITORS

I, undersigned authorized officer of Oriental Trading Marketing, Inc.

("Marketing"), a debtor and debtor in possession in the above-captioned cases, declare under

penalty of perjury that I have reviewed the forgoing list of Top 30 Unsecured Creditors as it

relates to Marketing and that it is true and correct to the best of my information and belief.

Date: August 25, 2010

Robert R. Stirling
Secretary

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax
identification number, are: OTC Holdings Corporation, a Delaware corporation (0174); Oriental Trading
Company, Inc., a Delaware corporation (5603); OTC Investors Corporation, a Delaware corporation
(0180); Fun Express, Inc., a Nebraska corporation (7942); and Oriental Trading Marketing, Inc., a
Nebraska corporation (0923). The location of the Debtors' corporate headquarters and the service address
for all the Debtors is 5455 South 90th Street, Omaha, Nebraska 68127.

I, undersigned authorized officer of each debtor and debtor in possession in the above-captioned cases (other than Marketing), declare under penalty of perjury that I have reviewed the forgoing list of Top 30 Unsecured Creditors (except as it relates to Marketing) and that it is true and correct to the best of my information and belief.

Date: August 25, 2010

Steven G. Mendlik
Chief Financial Officer and Treasurer