IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
                                                                 :
In re:                                                           : Chapter 11
                                                                 :
ORIENTAL TRADING COMPANY, INC., et al.[1],                       : Case No. 10 -12636
                                                                 :
         Debtors.                                                : Joint Administration Pending
---------------------------------------------------------------- x

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Kenneth Enos, a member of the bar of this Court, pursuant to D. Del. LR 83.5, hereby moves for the admission *pro hac vice* of Richard F. Hahn, a Partner with Debevoise & Plimpton LLP, as co-counsel to the Debtors in the above-captioned cases.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Kenneth Enos
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member the Bar of the State of New York, and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Revised Standing Order for District Court Fund effective 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Date: August 25, 2010

/s/ Richard F. Hahn
Richard F. Hahn
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, NY 10022

Motion granted.

                              BY THE COURT:

Date: _____        _____

                              UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Oriental Trading Company, Inc., a Delaware corporation (0180); OTC Holdings Corporation, a Delaware corporation (0174); OTC Investors Corporation, a Delaware corporation (5603); Fun Express, Inc., a Nebraska corporation (7942); and Oriental Trading Marketing, Inc., a Nebraska corporation (0923). The location of the Debtors' corporate headquarters and the service address for all the Debtors is 4206 South 108th Street, Omaha, Nebraska 68137.

YCST01:10034439.1                                                                  069486.1001