UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 10-12636 (BLS) |
| OTC Holdings Corporation, *et al.* | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| | : | CREDITORS |
| Debtors | : | |

------------------------------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Quad Graphics**, Attn: Patricia Rydzik, N63 W23075 State Hwy. 74, Sussex, WI 53089, Phone: 414-566-2127, Fax: 414-566-9415

2. **Yeko Trading Limited**, Attn: Jeffrey Chan, 2/F Yee Kuk Industrial Centre, 555 Yee Kuk Street, Kowloon, Hong Kong, Phone: 852-2361-1368, Fax: 852-2725-3770

3. **Google Inc.**, Attn: Caitlin Evans, 1600 Amphitheatre Pkwy., Mountainview, CA 94043, Phone: 650-468-9803

4. **Intertek Testing Services**, Attn: Kevin Bakko, 2200 West Loop South, Ste. 200, Houston, TX 77027, Phone: 713-407-3500, Fax: 713-407-3680

5. **Lucky Worldwide Trading Co. Ltd.**, Attn: Julie Hwang, 713 W. Duarte Rd., Unit G-888, Arcadia, CA 91007, Phone: 626-840-8204, Fax: 626-369-2508

6. **Omniglow, LLC**, Attn: George Stanbury, 865 Memorial Ave., Unit 4, West Springfield, MA 01089, Phone: 413-241-6010, Fax: 413-543-5470

7. **Experian**, Attn: Stephen Grant, 475 Anton Blvd., Costa Mesa, CA 92626, Phone: 714-830-7710

ROBERTA A. DeANGELIS
United States Trustee, Region 3


 /s/ Jane M. Leamy, for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: September 9, 2010

Attorney assigned to this case: Jane Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' counsel: Joel A. Waite, Esquire, Phone: (302) 571-6600, Fax: (302) 571-0453