## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| OTC HOLDINGS CORPORATION, et al., | ) Case No. 10-12636 (BLS) |
| | ) |
| Debtors. | ) |
| | ) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND PAPERS

Please take notice that the Official Committee of Unsecured Creditors, hereby appears in

the above-captioned case by their proposed co-counsel, Cooley LLP and Ashby & Geddes, P.A.;

and such counsel hereby enter their appearances pursuant to §1109(b) of the Bankruptcy Code and

Bankruptcy Rule 9010(b); and such counsel hereby request, pursuant to Rules 2002, 3017 and 9007

of the Federal Rules of Bankruptcy Procedure and §1109(b) of the Bankruptcy Code, that copies of

all notices and pleadings given or filed in this case be given and served upon the persons at the

addresses, telephone, facsimile numbers and e-mail addresses indicated below:

| | |
|---|---|
| Cathy Hershcopf | William P. Bowden, Esquire |
| Jeffrey L. Cohen | Leigh-Anne M. Raport, Esquire |
| Michael Klein | ASHBY & GEDDES, P.A. |
| COOLEY LLP | 500 Delaware Avenue, 8th Floor |
| The Grace Building | P.O. Box 1150 |
| 1114 Avenue of the Americas | Wilmington, DE 19899 |
| New York, NY 10036-7798 | Telephone: (302) 654-1888 |
| Telephone: (212) 479-6000 | Facsimile: (302) 654-2067 |
| Facsimile: (212) 479-6275 | wbowden@ashby-geddes.com |
| jcohen@cooley.com | lraport@ashby-geddes.com |
| chershcopf@cooley.com | |
| mklein@cooley.com | |

Please take further notice that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing

demand includes not only the notices and papers referred to in the Rules specified above but also

includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading

or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to have final orders in noncore matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions or defenses to which the Official Committee of Unsecured Creditors is or may be entitled, in law or in equity, all of which rights, claims, actions or defenses are expressly reserved.

Dated: September 10, 2010

ASHBY & GEDDES, P.A.

William P. Bowden (I.D. #2553)
Leigh-Anne M. Raport (I.D. # 5055)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

and

COOLEY LLP
Cathy Hershcopf
Jeffrey L. Cohen
Michael Klein
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7798
(212) 479-6000

*Proposed Attorneys to the Official Committee of Unsecured Creditors*