**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OTC HOLDINGS CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-12636 (BLS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR THE HEARING ON SEPTEMBER 20, 2010 AT 11:00 A.M. (ET)**

**MATTERS GOING FORWARD – CERTIFICATIONS FILED:**

1. Motion of Debtors Pursuant to Sections 105(a) and 366 of the Bankruptcy Code for Order (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 5, 8/25/10]

    Objection/Response Deadline:    September 13, 2010 at 4:00 p.m. (ET) (extension to September 15, 2010 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors)

    Related Pleadings:

    a) Interim Order Pursuant to Section 105(a) and 366 of the Bankruptcy Code Prohibiting Utilities from Altering, Refusing or Discontinuing Service [Docket No. 50, 8/27/10]

    b) Notice of Entry of Interim Order and Final Hearing on Debtor's Motion of Debtors Pursuant to Sections 105(a) and 366 of the Bankruptcy Code for Order (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 58, 8/30/10]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: OTC Holdings Corporation ("Holdings"), a Delaware corporation (0174); Oriental Trading Company, Inc. ("OTC"), a Delaware corporation (5603); OTC Investors Corporation ("Investors"), a Delaware corporation (0180); Fun Express, Inc. ("Fun Express"), a Nebraska corporation (7942); and Oriental Trading Marketing, Inc. ("OT Marketing"), a Nebraska corporation (0923). The location of the Debtors' corporate headquarters and the service address for all the Debtors is 5455 South 90th Street, Omaha, Nebraska 68127.

    c)    Certification of No Objection Regarding Docket No. 5 [Docket No. 98, 9/16/10]

Objections/Responses Received:    None

Status: No responses have been received. A certification of no objection has been filed. The Court may enter the order without further notice or hearing.

2. Motion of Debtors Pursuant to Sections 105(a), 362, 363, 364, 503(b)(1), 503(b)(9), 507(a)(8), 546(b), 1107(a) and 1108 of the Bankruptcy Code for Order (I) Authorizing Debtors to Pay (A) Prepetition Claims of Critical Vendors, Carriers and Shippers and the Customs Service and (B) Undisputed Claims on Account of Outstanding Orders; and (II) Granting Certain Related Relief [Docket No. 11, 8/25/10]

    Objection/Response Deadline:    September 13, 2010 at 4:00 p.m. (ET) (extension to September 15, 2010 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors)

    Related Pleadings:

        a)    Interim Order Pursuant to Sections 105(a), 362, 363, 364, 503(b)(1), 503(b)(9), 507(a)(8), 546(b), 1107(a) and 1108 of the Bankruptcy Code for Order (I) Authorizing Debtors to Pay (A) Prepetition Claims of Critical Vendors, Carriers and Shippers and the Customs Service and (B) Undisputed Claims on Account of Outstanding Orders; and (II) Granting Certain Related Relief [Docket No. 56, 8/27/10]

        b)    Notice of Entry of Interim Order and Final Hearing on Motion of Debtors Pursuant to Sections 105(a), 362, 363, 364, 503(b)(1), 503(b)(9), 507(a)(8), 546(b), 1107(a) and 1108 of the Bankruptcy Code for Order (I) Authorizing Debtors to Pay (A) Prepetition Claims of Critical Vendors, Carriers and Shippers and the Customs Service and (B) Undisputed Claims on Account of Outstanding Orders; and (II) Granting Certain Related Relief [Docket No. 59, 8/30/10]

        c)    Certification of Counsel Regarding Motion of Debtors Pursuant to Sections 105(a), 362, 363, 364, 503(b)(1), 503(b)(9), 507(a)(8), 546(b), 1107(a) and 1108 of the Bankruptcy Code for Order (I) Authorizing Debtors to Pay (A) Prepetition Claims of Critical Vendors, Carriers and Shippers and the Customs Service and (B) Undisputed Claims on Account of Outstanding Orders; and (II) Granting Certain Related Relief [Docket No. 99, 9/16/10]

    Objections/Responses Received:

        d)        Informal Response of the Official Committee of Unsecured Creditors

Status: The Debtors have addressed the informal response of the Official Committee of Unsecured Creditors. No other responses have been received and a revised proposed form of order has been filed under certification of counsel. The Court may enter the order without further notice or hearing.

3. Application of Debtors Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016 and Local Rules 2014-1 and 2016-1 for Order Authorizing the Employment and Retention of Debevoise & Plimpton LLP as Attorneys for Debtors *Nunc Pro Tunc* to the Commencement Date [Docket No. 63, 9/2/10]

    Objection/Response Deadline:    September 13, 2010 at 4:00 p.m. (ET) (extension to September 15, 2010 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors)

    Related Pleadings:

        a)        Certification of No Objection Regarding Docket No. 63 [Docket No. 92, 9/16/10]

    Objections/Responses Received:    None

Status: No responses have been received. A certification of no objection has been filed. The Court may enter the order without further notice or hearing.

4. Application for an Order Pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Debtors to Retain and Employ Young Conaway Stargatt & Taylor, LLP as Attorneys for the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 65, 9/2/10]

    Objection/Response Deadline:    September 13, 2010 at 4:00 p.m. (ET) (extension to September 15, 2010 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors)

    Related Pleadings:

        a)        Certification of No Objection Regarding Docket No. 65 [Docket No. 93, 9/16/10]

    Objections/Responses Received:    None

Status: No responses have been received. A certification of no objection has been filed. The Court may enter the order without further notice or hearing.

5. Application of Debtors Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016 and Local Rules 2014-1 and 2016-2 for Order (I) Authorizing Employment and Retention of Jefferies & Company, Inc. as Financial Advisor and Investment Banker to Debtors and (II) Granting Waiver of Certain Information Requirements of Local Rule 2016-2 [Docket No. 66, 9/2/10]

   Objection/Response Deadline: September 13, 2010 at 4:00 p.m. (ET) (extension to September 15, 2010 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors)

   Related Pleadings:

   a) Certification of Counsel Regarding Order (I) Authorizing Employment and Retention of Jefferies & Company, Inc. as Financial Advisor and Investment Banker to Debtors and (II) Granting Waiver of Certain Information Requirements of Local Rule 2016-2 [Docket No. 100, 9/16/10]

   Objections/Responses Received:

   b) Informal Response of the United States Trustee

   Status: The Debtors have addressed the informal response of the United States Trustee. No other responses have been received and a revised proposed form of order has been filed under certification of counsel. The Court may enter the order without further notice or hearing.

6. Application of Debtors Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016 and Local Rules 2014-1 and 2016-2 for Order Authorizing the Employment and Retention of Protiviti, Inc. as Restructuring Consultant to Debtors [Docket No. 67, 9/2/10]

   Objection/Response Deadline: September 13, 2010 at 4:00 p.m. (ET) (extension to September 15, 2010 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors)

   Related Pleadings:

   a) Certification of No Objection Regarding Docket No. 67 [Docket No. 94, 9/16/10]

   Objections/Responses Received: None

   Status: No responses have been received. A certification of no objection has been filed. The Court may enter the order without further notice or hearing.

4

7. Motion of Debtors Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016(a) and Local Rule 2016-2 for Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 68, 9/2/10]

    Objection/Response Deadline:    September 13, 2010 at 4:00 p.m. (ET) (extension to September 15, 2010 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors)

    Related Pleadings:

        a) Certification of No Objection Regarding Docket No. 68 [Docket No. 95, 9/16/10]

    Objections/Responses Received:    None

    Status: No responses have been received. A certification of no objection has been filed. The Court may enter the order without further notice or hearing.

8. Motion of Debtors Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code for Order Authorizing Debtors to Retain, Employ and Compensate Professionals Used in the Ordinary Course of Business [Docket No. 69, 9/2/10]

    Objection/Response Deadline:    September 13, 2010 at 4:00 p.m. (ET) (extension to September 15, 2010 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors)

    Related Pleadings:

        a) Certification of No Objection Regarding Docket No. 69 [Docket No. 96, 9/16/10]

    Objections/Responses Received:    None

    Status: No responses have been received. A certification of no objection has been filed. The Court may enter the order without further notice or hearing.

9. Motion of Debtors Pursuant to Section 521 of the Bankruptcy Code, Bankruptcy Rule 1007 and Local Rule 1007-1(b) for Order Authorizing Debtors to Extend Time to File Schedules and Statements [Docket No. 70, 9/2/10]

Objection/Response Deadline: September 13, 2010 at 4:00 p.m. (ET) (extension to September 15, 2010 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors)

Related Pleadings:

a) Certification of No Objection Regarding Docket No. 70 [Docket No. 97, 9/16/10]

Objections/Responses Received: None

Status: No responses have been received. A certification of no objection has been filed. The Court may enter the order without further notice or hearing.

## **MATTER GOING FORWARD:**

10. Motion for Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e) and 507 and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Adequate Protection to Prepetition Secured Lenders and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c) [Docket No. 12, 8/25/10]

Objection/Response Deadline: September 13, 2010 at 4:00 p.m. (ET) (extension to September 15, 2010 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors)

Related Pleadings:

a) Interim Order Under 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e) and 507 and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Adequate Protection to Prepetition Secured Lenders and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c) [Docket No. 35, 8/26/10]

b) Notice of Entry of Interim Order and Final Hearing on Motion for Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e) and 507 and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Adequate Protection to Prepetition Secured Lenders and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c) [Docket No. 60, 8/30/10]

c) Declaration of Michael Henkin in Support of Debtors' Motion for Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e) and 507 and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Adequate Protection to Prepetition Secured Lenders and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c) [Docket No. 90, 9/15/10]

d) Notice of Filing of Blacklined Version of Final Order Under 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2),364(c)(3), 364(d)(1), 364(e) and 507 and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing the Debtors to Obtain Postpetition Financing,(II) Authorizing the Debtors to Use Cash Collateral and (III) Granting Adequate Protection to Prepetition Secured Lenders [Docket No. 91, 9/16/10]

Objections/Responses Received:

e) Informal Response of the Official Committee of Unsecured Creditors

f) Limited Objection of Wilmington Trust FSB to Debtors' Motion for Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e) and 507 and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Adequate Protection to Prepetition Secured Lenders and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c) [Docket No. 27, 8/26/10]

g) Renewal of Limited Objection of Wilmington Trust FSB to Debtors' Motion for Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e) and 507 and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Adequate Protection to Prepetition Secured Lenders and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c) [Docket No. 80, 9/13/10]

h) Debtors' Reply in Support of Their Motion for Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e) and 507 and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Adequate Protection to Prepetition Secured Lenders and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c) [Docket No. 89, 9/15/10]

Status: The informal response of the Official Committee of Unsecured Creditors has been resolved by agreed upon language included in the proposed form of final order. The limited objection filed by Wilmington Trust FSB has not been resolved. This matter is going forward.

Dated: Wilmington, Delaware
September 16, 2010

*/s/ Kenneth J. Enos*
Joel A. Waite (No. 2925)
Kenneth J. Enos (No. 4544)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

– and –

Richard F. Hahn
My Chi To
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*PROPOSED ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION*