**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OTC HOLDINGS CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-12636 (BLS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR THE HEARING ON DECEMBER 16, 2010 AT 1:00 P.M. (ET)[2]**

**MATTERS GOING FORWARD – CERTIFICATIONS FILED:**

1.  Debtors' Motion for an Order Pursuant to Bankruptcy Rules 9006 and 9027 Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [Docket No. 340, 11/23/10]

    Objection/Response Deadline:            December 9, 2010 at 4:00 p.m. (ET)

    Related Pleadings:

    a)  Certification of No Objection Regarding Docket No. 340 [Docket No. 401, 12/13/10]

    Objections/Responses Received:            None

    Status:  No responses have been received. A certification of no objection has been filed. The Court may enter the order without further notice or hearing.

**CONTESTED MATTER GOING FORWARD:**

2.  Motion of the Debtors for an Order Extending the Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code [Docket No. 366, 12/1/10]

    Objection/Response Deadline:            December 9, 2010 at 4:00 p.m. (ET)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: OTC Holdings Corporation ("Holdings"), a Delaware corporation (0174); Oriental Trading Company, Inc. ("OTC"), a Delaware corporation (5603); OTC Investors Corporation ("Investors"), a Delaware corporation (0180); Fun Express, Inc. ("Fun Express"), a Nebraska corporation (7942); and Oriental Trading Marketing, Inc. ("OT Marketing"), a Nebraska corporation (0923). The location of the Debtors' corporate headquarters and the service address for all the Debtors is 5455 South 90th Street, Omaha, Nebraska 68127.

[2] Please note the change in hearing time.

Related Pleadings:                    None

Objections/Responses Received:

a) Objection of Toys (NE) QRS 15-74, Inc. to Debtors Motion for an Order Extending the Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code [Docket No. 397, 12/9/10]

b) Debtors' Reply in Support of Debtors' Motion to Extend the Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code [Docket No. 408, 12/13/10]

Status: This matter is going forward.

**MATTERS GOING FORWARD - CONFIRMATION**:

3. Debtors' Fifth Amended Joint Plan of Reorganization [Docket No. 402, 12/13/10]

    Objection/Response Deadline:          December 6, 2010 at 4:00 p.m. (ET)

    Related Pleadings:

    a) Order (I) Approving the Disclosure Statement and Notice Thereof and (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Debtors' Amended Joint Plan of Reorganization Including (A) Fixing the Voting Record Date, (B) Approving Solicitation Packages and Procedures for Distribution Thereof and (C) Approving Forms of Ballots and Establishing Procedures for Voting on the Plan; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures in Respect of Confirmation of the Plan; and (IV) Granting Related Relief [Docket No. 258, 11/1/10]

    b) Disclosure Statement Under 11 U.S.C. § 1125 in Support of the Debtors' Third Joint Amended Plan of Reorganization [Docket No. 263, 11/2/10]

    c) Notice of (I) Approval of Disclosure Statement, (II) Deadline for Voting on Plan, (III) Hearing to Consider Confirmation of the Plan and (IV) Deadline for Filing Objections to Confirmation of the Plan [Docket No. 283, 11/9/10]

    d) Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 1125, 1126 and 1127 and Fed. R. Bankr. P. 2002, 3003, 3018 and 3019 to Approve (I) Supplemental Disclosure and Supplemental Solicitation Procedures for Class 3 First Lien Claims, Class 4 Second Lien Claims and Class 8 Second Lien Guarantee Claims and (II) Supplemental Disclosure for Class 5 General Unsecured Claims [Docket No. 321, 11/17/10]

2

e)  Order Granting Debtors' Motion, Pursuant to 11 U.S.C. §§ 105, 1125, 1126 and 1127 and Fed. R. Bankr. P. 2002, 3003, 3018 and 3019, to Approve (I) Supplemental Disclosure and Supplemental Solicitation Procedures for Class 3 First Lien Claims, Class 4 Second Lien Claims and Class 8 Second Lien Guarantee Claims and (II) Supplemental Disclosure for Class 5 General Unsecured Claims [Docket No. 343, 11/23/10]

f)  Notice of Filing of Plan Supplement for Debtors' Fourth Amended Joint Plan of Reorganization [Docket No. 384, 12/6/10]

g)  Notice of Filing of Volume II of Plan Supplement for Debtors' Fourth Amended Joint Plan of Reorganization [Docket No. 386, 12/7/10]

h)  Notice of Filing Debtors' Fifth Amended Joint Plan of Reorganization – Blackline [Docket No. 403, 12/13/10]

i)  Affidavit of Michael J. Paque with Respect to Votes on the Debtors' Fourth Amended Joint Plan of Reorganization [Docket No. 404, 12/13/10]

j)  Declaration of Steven G. Mendlik Pursuant to 28 U.S.C. § 1746 in Support of Confirmation of Debtors' Fifth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 405, 12/13/10]

k)  Memorandum of Law in Support of Confirmation of Debtors' Fifth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 406, 12/13/10]

l)  Debtors' Motion for Leave to Exceed Page Limit Requirements with Respect to Memorandum of Law in Support of Confirmation of Debtors' Fifth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 407, 12/13/10]

Objections/Responses Received:

m)  Objection by the Internal Revenue Service to the Debtors' Third Amended Joint Plan [Docket No. 375, 12/6/10]

n)  Toys (NE) QRS 15-74, Inc.'s Reservation of Rights and Limited Objection to Confirmation of Debtors Third Amended Joint Plan of Reorganization [Docket No. 398, 12/9/10]

Status: The Debtors are working with the Internal Revenue Service to resolve its objection. This matter is going forward.

Dated: Wilmington, Delaware
December 14, 2010

*/s/ Kenneth J. Enos*
Joel A. Waite (No. 2925)
Kenneth J. Enos (No. 4544)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

– and –

Richard F. Hahn
My Chi To
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION*